JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MICHAEL J. MULLEN
Special Assistant United States Attorney
Washington Bar No. 54288
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2748
Facsimile: (206) 615-2531
E-Mail: michael.j.mullen@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENEE N. CLARK,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-01665-MDC<br><br>**DEFENDANT'S UNOPPOSED *NUNC PRO TUNC* MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant, the Commissioner of Social Security, respectfully moves *nunc pro tunc* to extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 10, filed on March 25, 2024) from the current overdue deadline of April 24, 2024, to May 1, 2024. Defendant further requests that all subsequent deadlines be extended accordingly.

This is Defendant's first request for an extension of time. Good cause exists for the requested extension because Defendant's deadline to respond was inadvertently calendared incorrectly by the Office of the General Counsel. Additional time is necessary to allow Defendant to submit a responsive

brief. This request is made in good faith and with no intention to unduly delay the proceedings, and Defendant promptly prepared this motion upon recognition of the overdue deadline. Defendant's counsel conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to May 1, 2024, to respond to Plaintiff's Opening Brief.

Dated: April 26, 2024          Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-1-24

2

# CERTIFICATE OF SERVICE

I, Michael J. Mullen, certify that the following individual(s) were served with a copy of the foregoing **DEFENDANT'S UNOPPOSED *NUNC PRO TUNC* MOTION FOR EXTENSION OF TIME** on the date, and via the method of service, identified below:

**By CM/ECF:**

Marc V. Kalagian
marc.kalagian@rksslaw.com

Leonard Stone
lstone@shookandstone.com

Dated: April 26, 2024

　　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Mullen*
　　　　　　　　　　　　　　　　　　　　MICHAEL J. MULLEN
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney